[No. 3893–II. Division Two. July 29, 1980.]

THE STATE OF WASHINGTON, *Appellant,* v.
ROBERT KUEHNY, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–224, John W. Schumacher, J., entered January 12, 1979. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrich, JJ.

[No. 3935–II. Division Two. July 29, 1980.]

*In the Matter of the Marriage of* HELEN R.
BRUMMETT, *Respondent, and* JAMES L.
BRUMMETT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 262249, James V. Ramsdell, J., entered February 2, 1979. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrich, JJ.

[No. 3546–8–III. Division Three. July 29, 1980.]

PAUL MARVIN BECK, ET AL, *Appellants,* v. REMMEL V.
MATHIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 78–0509, Albert J. Yencopal, J., entered July 20, 1979. *Reversed* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.